IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cv-00257-BO

| DAVID MCCOY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| YAMAHA MOTOR CORPORATION USA, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the Court on the Joint Motion to Toll All Scheduling Deadlines to Facilitate Settlement Agreed to in Principle. The Court has reviewed the motion and the record in this matter and finds there is good cause to allow the motion.

It is therefore ORDERED that the Joint Motion to Toll All Scheduling Deadlines to Facilitate Settlement Agreed to in Principle is allowed, and that all scheduling deadlines be tolled for 15 days, including the deadlines set forth in the Order for Discovery Plan (Doc. 16), to allow the parties to finalize the settlement agreement.

Dated: August 31, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge